# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1652
Lower Tribunal No. F23-23343
_____

**William Walls,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Camilo Montoya, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

FERNANDEZ, J.

William Walls appeals the trial court's restitution order, which was entered following an August 27, 2024 post-sentencing restitution hearing. Taking into account the State's concession and our review of the record, we reverse and remand the restitution order with instructions to subtract the $1,000 insurance deductible from the restitution amount and affirm as to all other issues finding no abuse of discretion. See State v. Hawthorne, 573 So. 2d 330, 332-33 (Fla. 1991) ("This Court has recognized that '[t]he statutory provisions requiring the imposition of restitution recognize the discretion of the trial court in determining the amount of restitution.'" (quoting Spivey v. State, 531 So. 2d 965, 966 (Fla.1988))); Koile v. State, 902 So. 2d 822, 824 (Fla. 5th DCA 2005) ("Restitution must be proved by substantial competent evidence.").

Reversed and remanded with instructions.